■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY SINGLETON, Appellant. — Judgment, Supreme Court, New York County (Galligan, J.), rendered on March 6, 1981, unanimously affirmed. The case is remitted to

the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Sullivan, Markewich, Silverman and Asch, JJ.